UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
FIZA QURAISHI,

                Plaintiff,            STIPULATION OF
                                          DISCONTINUANCE

    -against-

THE PORT AUTHORITY OF NEW YORK         13 CV 2706
AND NEW JERSEY, BOMBARDIER
TRANSPORTATION (HOLDINGS) USA INC.,
CAPITAL CONTRACTORS, INC., and NORTH
MOUNTAIN CONTRACTOR'S INC.,

                Defendants.
---------------------------------X

        IT IS HEREBY STIPULATED, by and between the undersigned, attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled cause of action be and the same hereby is discontinued **with prejudice** and without costs to any party as against the other.

Dated: New York, New York
       October 8, 2015

SIVIN & MILLER, LLP

By _____
   Edward Sivin
Attorneys for plaintiff
20 Vesey St., Suite 1400
New York, NY 10007

LAW OFFICE OF ANDREA G. SAWYERS

By: _____
   David Robinson
Attorneys for The Port Authority of New York,
New Jersey, Bombardier Transportation (Holdings)
USA Inc. and Capital Contractors, Inc.
3 Huntington Quadrangle, Suite 102S
P.O. Box 9028
Melville, NY 11747

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/15

So Ordered:
*[signature]* Naomi Reice Buchwald, USDJ
October 22, 2015